582 A.2d 857

**WILLS EYE HOSPITAL and Phico Insurance Company, Appellants,**

v.

**WORKERS COMPENSATION APPEAL BOARD and Henry DeWaele, Appellees.**

Supreme Court of Pennsylvania.

Argued April 3, 1990.

Decided Oct. 19, 1990.

Patrice Toland, for appellants.

Larry Pitt, for appellees.

Robin Ball, Thomas J. Magrann, Secty., W.C.A.B., for DeWaele.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

ORDER

PER CURIAM.

Order affirmed.

NIX, C.J., and FLAHERTY and McDERMOTT, JJ., dissent.